Elon Berk, Esq. [SBN 209642]
Dmitry Y. Gurovich, Esq [SBN 181427]
**GUROVICH & ASSOCIATES**
15250 Ventura Blvd., Suite 1220
Sherman Oaks, California 91403
Tel: (818) 205-1555
Fax: (818) 205-1559
Attorney for Defendant
Leonid Dzhuga



**FILED**

MAY 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

05-00589JF

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO.: ~~08-01738H~~ |
| Plaintiffs, | **STIPULATION RE MODIFICATION OF BOND CONDITIONS FOR LEONID DZHUGA** |
| v. | |
| ALEXANDER DZHUGA, et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Defendant Leonid Dzhuga, by and through his counsel of record, Dmitry Y. Gurovich, and Plaintiff, United States of America, by and through its counsel of record, the United States Attorney, Richard Cheng, that the current conditions of Defendant's release be modified as follows:

Defendant will be allowed to travel to the State of Oregon to visit with family during the following period of time: May 25, 2007 through May 29, 2007.

\\

\\

---

STIPULATION RE MODIFICATION OF BOND CONDITIONS FOR LEONID DZHUGA

1   Dated: May 23, 2007                    GUROVICH & ASSOCIATES

2
                                           By:
3                                              Dmitry Y. Gurovich, Esq.
                                               Attorney for Defendant,
4                                              Leonid Dzhuga

5

6
    Dated: May 24, 2007                    Kevin V. Ryan
7                                          United States Attorney
                                           Mark L. Krotoski
8                                          Chief, Criminal Division

9                                          By:
                                           Richard Cheng
10                                         Assistant United States Attorney
                                           Attorneys for Plaintiff,
11                                         United States of America

12

13
    GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. Henceforth any move
14  request untimely submitted will be denied. RS

15  Dated: May 24, 2007
16

17

18  HONORABLE Jeremy Fogel RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE
19                                  MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION RE MODIFICATION OF BOND CONDITIONS FOR LEONID DZHUGA
Page 2 of 2